**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CR-20155-MORENO(s)**

**UNITED STATES OF AMERICA**

**v.**

**KATHERINE HANSEN,**

           **Defendant.**

_____

## <u>NOTICE ON FINAL FORFEITURE</u>

Pursuant to 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this Notice on Final Forfeiture:

1.      On September 22, 2021, pursuant to 18 U.S.C. § 982(a)(2)(A), the Court entered a Preliminary Order of Forfeiture, ECF No. 191, forfeiting, subject to third-party interests, the following property to the United States: approximately $715,541.23 formerly on deposit in account number 4371110415 at TD Bank in the name of 9000 SW 63 CT LLC (the "Property").

2.      Notice of the criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 days.   *See* Decl. of Publication, ECF No. 284; 21 U.S.C. § 853(n)(1); Fed. R. Crim. P. 32.2(b)(6).

3.      Direct notice was sent to any person who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the Property, or such person was on actual notice of the forfeiture.   *See* Fed. R. Crim. P. 32.2(b)(6); *accord* 21 U.S.C. § 853(n)(1).

4.      The notice described the Property and advised that any person, other than the Defendant, asserting a legal interest in the Property may petition the Court for a hearing to

adjudicate the validity of that person's alleged interest, within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier.   Fed. R. Crim. P. 32.2(b)(6); 21 U.S.C. § 853(n)(2).

5.      The time period for filing a petition claiming an interest in the Property has expired, and no petition or claim has been filed.

6.      The Preliminary Order of Forfeiture stated that upon notice from the United States that no claims have been filed within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier, then the Preliminary Order of Forfeiture shall become a Final Order of Forfeiture and any duly authorized law enforcement official shall dispose of the Property in accordance with applicable law.

7.      Accordingly, the Property is now finally forfeited, and all right, title, and interest in such Property is vested in the United States.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:      */s/ Nicole Grosnoff*              
Nicole Grosnoff
Assistant United States Attorney
Court ID No. A5502029
nicole.s.grosnoff@usdoj.gov
U.S. Attorney's Office
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9294
Facsimile: (305) 536-4089